ELMER G. PORTER, Respondent, *v.* LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued October 23, 1928; decided November 20, 1928.)

*Charles H. Storer* for appellant.
*George F. Bodine* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.